# PLAINTIFF'S

# EXHIBIT B

Richard N. Groves, State Bar # 4014
*Law Office of Richard Groves*
4045 E. Union Hills Drive, Suite 126
Phoenix, AZ 85050
(602) 230-0995 fax (602) 569-9354

Attorney for Defendant

CONFORMED
2008 DEC -9 AM 9: 00 COPY
ESTRELLA MOUNTAIN
JUSTICE COURT

## IN THE ESTRELLA MOUNTAIN JUSTICE COURT
IN AND FOR THE COUNTY OF MARICOPA
STATE OF ARIZONA

| | |
|---|---|
| CROWN ASSET MANAGEMENT, LLC )<br>)<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>BILL D. THOMPSON, et. al. )<br>)<br>)<br>Defendants ) | NO. CC2008146117RC<br><br>NOTICE OF APPEARANCE<br>AND REQUEST FOR<br>ATTORNEY'S FEES |

RICHARD N. GROVES, Attorney at Law, hereby respectfully submits to the Court this Notice of Representation and Appearance for the Defendant in this civil action and all further proceedings, and further requests his reasonable attorney's fees.

Defendant also hereby requests that all notices, whether sent by the Court or by the Plaintiff, be sent to the attorney at the address above.

RESPECTFULLY SUBMITTED this 8th day of December, 2008.

Richard N. Groves
Attorney for Defendants

Copy faxed and mailed this 8th day of December, 2008 to:

Ms. Jessica M. Laginess, Esq.
Gurstel, Staloch & Chargo, P.A.
64 E. Broadway Road, Suite 255
Tempe, Arizona 85282

Attorneys for Plaintiff