**PLAINTIFF'S**

# EXHIBIT  C

Gurstel, Staloch & Chargo, P.A.
64 East Broadway Road, Suite 255
Tempe, AZ 85282
BY: Jessica M. Laginess (#025585)
     Jeno M. Berta (#024328)
Attorneys for Plaintiff
Telephone: (877) 344-4002
Facsimile: (877) 750-6335
Email: info@gurstel.com
File number: 222989

### IN THE ESTRELLA MOUNTAIN JUSTICE COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Crown Asset Management, LLC<br>  Plaintiff, | ) ) ) | Case No.CC2008146117RC |
| vs. | ) ) | MOTION TO CONTINUE<br>PRE-TRIAL |
| Bill D Thompson and J Doe spouse<br>  Defendant | ) ) ) ) | |

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby moved the Court, pursuant to the provisions of Rule 38.1(h), Arizona Rules of Civil Procedure, for a continuance of the scheduled Pre-Trial in this matter to a date at the Court's earliest convenience, but in any case no sooner than 20 days from the current scheduled hearing, on the grounds that the hearing conflicts with another schedule hearing date. This Motion is supported by the accompanying Affidavit of the undersigned attorney, which is incorporated herein by reference.

RESPECTFULLY SUBMITTED this _____ day of December, 2008.

Jeno M. Berta (#024328)
Jessica M. Laginess (#025585)__X__
Attorneys for Plaintiff

CERTIFICATE OF SERVICE
I certify that I mailed/hand delivered a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below on the _____ day of December, 2008.

By: _____

Copy to :
Bill D Thompson

Gurstel, Staloch & Chargo, P.A.
64 East Broadway Road, Suite 255
Tempe, AZ 85282
BY:  Jessica M. Laginess (#025585)
      Jeno M. Berta (#024328)
Attorneys for Plaintiff
Telephone: (877) 344-4002
Facsimile: (877) 750-6335
Email: info@gurstel.com
File number: 222989

### IN THE ESTRELLA MOUNTAIN JUSTICE COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

|  |  |
|---|---|
| Crown Asset Management, LLC | Case No. CC2008146117RC |
|    Plaintiff, | |
| vs. | AFFIDAVIT IN SUPPORT OF |
| | MOTION TO CONTINUE |
| Bill D Thompson and J Doe spouse | PRE-TRIAL |
|    Defendant | |

State of Arizona   )
               ) ss.
County of Maricopa  )

The undersigned, being first duly sworn, deposes and states as follows:

1.  I am an adult resident of the State of Arizona and an attorney at law.
2.  Pursuant to my employment, I represent the plaintiff in the above-referenced action.
3.  Conflicts with another schedule hearing date.
4.  A brief continuance would allow both parties to attend hearing.

Jeno M. Berta (#024328)
Jessica M. Laginess (#025585)   X
Attorneys for Plaintiff

Subscribed and sworn before me this ___ day of December, 2008.
WITNESS MY HAND AND SEAL OF OFFICE

(Seal)

OFFICIAL SEAL
TIFFANY BILANTE
NOTARY PUBLIC  State of Arizona
MARICOPA COUNTY
My Comm. Expires June 19, 2012

Notary Public

Gurstel, Staloch & Chargo, P.A.
64 East Broadway Road, Suite 255
Tempe, AZ 85282
BY: Jessica M. Laginess (#025585)
　　　Jeno M. Berta (#024328)
Attorneys for Plaintiff
Telephone: (877) 344-4002
Facsimile: (877) 750-6335
Email: info@gurstel.com
File number: 222989

IN THE ESTRELLA MOUNTAIN JUSTICE COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| Crown Asset Management, LLC | ) | Case No.CC2008146117RC |
| 　　Plaintiff, | ) | |
| vs. | ) | ORDER FOR CONTINUANCE |
| | ) | |
| Bill D Thompson and J Doe spouse | ) | |
| 　　Defendant | ) | |
| | ) | |
| | ) | |

This matter having come before this Court pursuant to Plaintiff's Motion to Continue

Pre-Trial, and the Court after reviewing said Motion and finding good cause exists, hereby orders

as follows:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Pre-Trial is

continued from 2/9/2009 to _____.

DONE IN OPEN COURT this date: _____

_____
By the Court

Copies mailed to parties this _____ day of December, 2008.

Gurstel, Staloch & Chargo, P.A.　　　　　Bill D Thompson
64 East Broadway Road, Suite 255　　　　　12741 W Redondo Drive
Tempe, AZ 85282　　　　　　　　　　　　Litchfield Park AZ 85340

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



UNITED STATES POSTAGE

PITNEY BOWES
$ 000.42⁰
02 1P
0002673187
MAILED FROM ZIP CODE 85282

Bill D. Thompson
12741 W. Redondo Drive
Litchfield Park, AZ 85340



G U R S T E L
STALOCH & CHARGO
A PROFESSIONAL ASSOCIATION

64 E. Broadway Road #255
Tempe, AZ 85282

Address Service Requested